1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

13

14

**SHABNAM MEHR,**
**INDIVIDUALLY AND ON**
**BEHALF OF ALL OTHERS**
**SIMILARLY SITUATED**

**Plaintiff,**

**v.**

**CAPITAL ONE BANK (USA)**
**N.A.,**

**Defendant.**

Case No.:   8:18-cv-01576-JVS-AD

**ORDER GRANTING   JOINT**
**STIPULATION TO**
**DISMISS ACTION PURSUANT**
**TO FED. R. CIV. P. 41(A)(1)(A)(II)**

**Judge:**  Hon. James V. Selna

15
16
17
18
19
20
21
22
23
24
25
26
27
28

     Having considered the Joint Stipulation to Dismiss filed Plaintiff Shabnam

Mehr and Defendant Capital One Bank (USA) N.A., pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), and for good cause, the Court hereby GRANTS the joint stipulation

and dismisses the action in its entirety, *with prejudice* as to Plaintiff's individual claims and *without prejudice* as to the claims of the putative class members.  Each party shall bear her/its own attorney's fees and costs.

    IT IS SO ORDERED.

Date: August 06, 2021

_____
                                    Hon. James V. Selna
                                    U.S. District Judge